Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:    (212) 873-0250
Facsimile:    (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>A18059750343, A18120987426, A686869, A686899, AMAZONFACEMASK, ANDYGOTO, ANDYUIONS, BABYHOMEDH88, BEAUTYHOUSES, COMEYOU5566, DESIGNERCLOTHING3, DHGATECLOTHEY, DHGATEIONS, DHGATEKINGTUN, DHGATESFS, DOLLSOFFLOUISRO, DONNYSTORE, GODYSIA, HELLOIDH, HOMEGOODSSTORE, JEANSSTORE, JJKINGS, JUBU, KLL1235, KUNDHGATEY, LACEWIGHOUSE, LIN19860827, LING16888, LING1888, LPPOSP, LUXURYOFFSTORE, | **21-cv-3628 (PAE)**<br><br>**UNSEALING ORDER** |

MCLOTHING, MENGYADELOVE, METEORSTORE, MOINIUO, MOMOFASHIONSO, MYHOODIES, NAMELUXURY, NEWESSENTIALS, NEWSDHGATEI, OFFAIRWHITESTORE, OFFHOTWHITE, OW_STORE, PPDHGATES, QIANGDHGATES, QUICKCN, RACECN, RUNTIMUIJON, SONGDHGATES, TIDEATTIRE, UNIONBUYDO, WANKEYUN, WHATSYOURDH, YATESTORES, YUDANBA, YUDANBC, YUDANBD, YUDANBH, YUDANBI, ZHIYONGBA, ZHIYONGBC, ZHIYONGBD, ZHIYONGBH, ZHIYONGBI and ZZY003,

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __7__ day of __May__, 2021, at __1:00__ p.m.
New York, New York

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE