

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

March 22, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Off-White LLC v. A18059750343, et al.,*
            Civil Case No. 21-cv-3628
            **Request for Extension of Time to Serve March 21, 2022 Order**

Dear Judge Engelmayer,

    We represent Plaintiff Off-White LLC ("Plaintiff"), in the above-referenced matter (the "Action").[1] On March 21, 2022, the Court entered an Order granting Plaintiff's motion for default judgment as to Defaulting Defendants ("March 21, 2022 Order"). (Dkt. 38). The March 21, 2022 Order further directed Plaintiff to serve the March 21, 2022 Order and file an affidavit reflecting such service on the docket by March 21, 2022. *Id.* Plaintiff respectfully requests a one (1) day extension of time to serve the March 21, 2022 Order and file an affidavit reflecting such service for the reason set forth herein.

    Plaintiff's counsel did not receive the ECF notification for the March 21, 2022 Order until 6:41 p.m. on March 21, 2022, and did not have a chance to review the March 21, 2022 Order until this morning, at which time, Plaintiff's counsel immediately sent the March 21, 2022 Order out for service on Defaulting Defendants via the methods of alternative service authorized by the TRO and PI Order. The program Plaintiff's counsel uses for service, Rmail, takes a few hours after service is complete to generate receipts indicating whether service was successful on each Defendant. Accordingly, Plaintiff respectfully requests an extension of time, until end of business today, March 22, 2022 to serve the March 21, 2022 Order and file an affidavit of service, to allow for additional time to receive the Rmail receipts.

    We thank the Court for its time and attention to this matter.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Paul A. Engelmayer
March 22, 2022
Page 2

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Danielle S. Futterman
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

Due to a typographical error, the order at docket 38 misstated the deadline to serve that order on all defendants as March 21, 2022. The correct deadline to serve that order on defendants is March 31, 2022. Seeing that plaintiff has in the meantime filed an affidavit of service on defendants, the Court deems the deadline met. The Clerk of Court is respectfully directed to close the motion pending at docket number 39. SO ORDERED.

Paul A. Engelmayer                                              Dated: March 22, 2022
_____
PAUL A. ENGELMAYER
United States District Judge