UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OFF-WHITE LLC,

                    Plaintiff,                    21 **CIVIL** 3628 (PAE)(VF)

      -against-                              **JUDGMENT**

Al8059750343 et al,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 26, 2024, the Court grants the award of $4.875 million in statutory damages under the Lanham Act. Off-White is also entitled to post-judgment interest on this judgment amount. Additionally, the Court adopts Judge Figueredo's recommendation that Off-White's request for a post-judgment order freezing each Defaulting Defendant's assets and authorizing the transfer of those assets to Off-White be denied, but that Off-White be permitted to execute on and enforce the Court's judgment immediately; accordingly, the case is closed.

**Dated:** New York, New York
          December 26, 2024

                                            **TAMMI M. HELLWIG**
                                                Clerk of Court

                      **BY:**
                                                  **Deputy Clerk**